08/04/2023

*JAMES LITTLE                                                    0.00
                                                            ***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

*JAMES LITTLE
120 S Landvale St
York Haven PA 17370

**EMPLOYER**  
MID-STATE CARPET MASTERS INC  
501 BOSLER AVE  
LEMOYNE PA 17043

**PAY PERIOD**  
Period Beginning: 07/26/2023  
Period Ending: 08/01/2023  
Pay Date: 08/04/2023  
Total Hours: 56.50

**EMPLOYEE**  
*JAMES LITTLE  
120 S Landvale St  
York Haven PA 17370

**NET PAY:** $962.39  
Acct#....0932: $962.39

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 19.00 | 760.00 | 16,110.50 |
| Double Time | - | 36.00 | 0.00 | 36.00 |
| Overtime Pay | 16.50 | 28.50 | 470.25 | 2,838.67 |
| Holiday Pay | - | 19.00 | 0.00 | 296.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| LST | 1.00 | 23.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 121.82 | 1,505.61 |
| Social Security | 76.27 | 1,195.43 |
| Medicare | 17.84 | 279.58 |
| PA Income Tax | 37.77 | 591.95 |
| PA SUI Employee | 0.86 | 13.49 |
| York Haven | 6.15 | 96.45 |
| Northeastern York CO SD PSD 670600 | 6.15 | 96.45 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,230.25 | $19,281.17 |
| Taxes | $266.86 | $3,778.96 |
| Deductions | $1.00 | $23.00 |
| **Net Pay** | **$962.39** | |

08/11/2023

*JAMES LITTLE  
0.00  
***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

*JAMES LITTLE  
120 S Landvale St  
York Haven PA 17370

**EMPLOYER**  
MID-STATE CARPET MASTERS INC  
501 BOSLER AVE  
LEMOYNE PA 17043

**PAY PERIOD**  
Period Beginning: 08/02/2023  
Period Ending: 08/08/2023  
Pay Date: 08/11/2023  
Total Hours: 42.50

**EMPLOYEE**  
*JAMES LITTLE  
120 S Landvale St  
York Haven PA 17370

**NET PAY:** $668.68  
Acct#...0932: $668.68

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 19.00 | 760.00 | 16,870.50 |
| Double Time | - | 36.00 | 0.00 | 36.00 |
| Overtime Pay | 2.50 | 28.50 | 71.25 | 2,909.92 |
| Holiday Pay | - | 19.00 | 0.00 | 296.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| LST | 1.00 | 24.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 63.56 | 1,569.17 |
| Social Security | 51.54 | 1,246.97 |
| Medicare | 12.05 | 291.63 |
| PA Income Tax | 25.52 | 617.47 |
| PA SUI Employee | 0.58 | 14.07 |
| York Haven | 4.16 | 100.61 |
| Northeastern York CO SD PSD 67060 | 4.16 | 100.61 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $831.25 | $20,112.42 |
| Taxes | $161.57 | $3,940.53 |
| Deductions | $1.00 | $24.00 |
| **Net Pay** | **$668.68** | |

08/18/2023

*JAMES LITTLE

0.00
***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

*JAMES LITTLE
120 S Landvale St
York Haven PA 17370

**EMPLOYER**
MID-STATE CARPET MASTERS INC
501 BOSLER AVE
LEMOYNE PA 17043

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 08/09/2023 |
| Period Ending: | 08/15/2023 |
| Pay Date: | 08/18/2023 |
| Total Hours: | 44.00 |

**EMPLOYEE**
*JAMES LITTLE
120 S Landvale St
York Haven PA 17370

| | |
|---|---|
| **NET PAY:** | $701.27 |
| Acct#....0932: | $701.27 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 19.00 | 760.00 | 17,630.50 |
| Double Time | - | 36.00 | 0.00 | 36.00 |
| Overtime Pay | 4.00 | 28.50 | 114.00 | 3,023.92 |
| Holiday Pay | - | 19.00 | 0.00 | 296.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| LST | 1.00 | 25.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 68.69 | 1,637.86 |
| Social Security | 54.19 | 1,301.16 |
| Medicare | 12.67 | 304.30 |
| PA Income Tax | 26.83 | 644.30 |
| PA SUI Employee | 0.61 | 14.68 |
| York Haven | 4.37 | 104.98 |
| Northeastern York CO SD PSD 670606 | 4.37 | 104.98 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $874.00 | $20,986.42 |
| Taxes | $171.73 | $4,112.26 |
| Deductions | $1.00 | $25.00 |

**Net Pay** $701.27