*JAMES LITTLE

0.00

***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

*JAMES LITTLE
120 S Landvale St
York Haven PA 17370

**EMPLOYER**
MID-STATE CARPET MASTERS INC
501 BOSLER AVE
LEMOYNE PA 17043

**EMPLOYEE**
*JAMES LITTLE
120 S Landvale St
York Haven PA 17370

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 08/16/2023 |
| Period Ending: | 08/22/2023 |
| Pay Date: | 08/25/2023 |
| Total Hours: | 6.50 |

**NET PAY:** **$107.93**
Acct#....0932: $107.93

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 6.50 | 19.00 | 123.50 | 17,754.00 |
| Double Time | - | 36.00 | 0.00 | 36.00 |
| Overtime Pay | - | 28.50 | 0.00 | 3,023.92 |
| Holiday Pay | - | 19.00 | 0.00 | 296.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| LST | 1.00 | 26.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 1,637.86 |
| Social Security | 7.66 | 1,308.82 |
| Medicare | 1.79 | 306.09 |
| PA Income Tax | 3.79 | 648.09 |
| PA SUI Employee | 0.09 | 14.77 |
| York Haven | 0.62 | 105.60 |
| Northeastern York CO SD PSD 67060( | 0.62 | 105.60 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $123.50 | $21,109.92 |
| Taxes | $14.57 | $4,126.83 |
| Deductions | $1.00 | $26.00 |
| **Net Pay** | **$107.93** | |