# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES MICHAEL LITTLE

   Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
   Movant

vs.

JAMES MICHAEL LITTLE

   Respondent(s)

CHAPTER 13

CASE NO: 1-23-02273-HWV

## WITHDRAWAL OF CERTIFICATION THAT DEBTOR 1 FAILED TO APPEAR

AND NOW, on November 9, 2023, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, and requests that the Certification that Debtor 1 failed to appear for 341 Meeting of Creditors filed on November 9, 2023, be withdrawn due to having been filed in error or filed having used incorrect docketing procedure or incorrect information.

Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: droeder@pamd13trustee.com

Case 1:23-bk-02273-HWV    Doc 19    Filed 11/09/23    Entered 11/09/23 13:41:14    Desc
Main Document    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES MICHAEL LITTLE

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

JAMES MICHAEL LITTLE

CHAPTER 13

CASE NO: 1-23-02273-HWV

Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 9, 2023, I served a copy of this Withdrawal on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>
MICHAEL A CIBIK, ESQUIRE
CIBIK LAW, PC
1500 WALNUT ST, SUITE 900
PHILADELPHIA PA  19102-

OFFICE OF THE UNITED STATES TRUSTEE
5501 NORTH 6TH STREET
BOX 302
HARRISBURG PA  17102

<u>Served by First Class Mail</u>
JAMES MICHAEL LITTLE
120 S LANDVALE ST
YORK HAVEN  PA   17370-9011

I certify under penalty of perjury that the foregoing is true and correct.

Date:  November 9, 2023

/s/  Donna Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com