IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>JAMES MICHAEL LITTLE<br><br>Freedom Mortgage Corporation,<br>  Movant<br><br>vs.<br><br>JAMES MICHAEL LITTLE ,<br>  Debtor | Case No. 1:23-bk-02273-HWV<br>Chapter 13 |

## **CERTIFICATE OF SERVICE**

  I, the undersigned, hereby certify that a true and exact copy of the foregoing OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Michael A. Cibik, Debtor's Attorney
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
mail@cibiklaw.com


Jack N Zaharopoulos, Bankruptcy Trustee
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee, US Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102


Via First Class Mail:

B&S File No. 23-27738     3 of 4

Case 1:23-bk-02273-HWV   Doc 22-1   Filed 11/15/23   Entered 11/15/23 10:33:15   Desc
Certificate of Service    Page 1 of 2

JAMES MICHAEL LITTLE
120 S LANDVALE ST
YORK HAVEN, PA 17370-9011

Date: November 15, 2023

                                      */s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com