

Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# CPS

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| **Account Number** | 0020063582 | **Financed Date** | 5/14/2021 |
| **Loan Number** | | **Perfected Date** | 5/20/2021 |
| **Branch** | 788 | **Payoff Date** | |
| **Borrower 1** | JAMES MICHAEL LITTLE | **Dealer ID** | |
| **Borrower 2** | | **Dealer** | |
| **Borrower Address** | 227 GETTYSBURG ST<br>DILLSBURG, PA 17019 | **Dealer Address** | |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 33045913501 |
| **Lienholder** | Consumer Portfolio Service Inc |
| **Lienholder Address** | PO Box 57071<br>Irvine, CA 92619 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 3G1BE6SM5JS635960 | **Issuance Date** | 5/20/2021 |
| **Title Number** | 81049163 | **Received Date** | 5/20/2021 |
| **Title State** | PA | **ELT/Paper** | ELECTRONIC |
| **Year** | 2018 | **Odometer Reading** | 37420 |
| **Make** | CHEV | **Branding** | |
| **Model** | CRZ | | |
| **Owner 1** | LITTLE,JAMES MICHAEL | | |
| **Owner 2** | | | |
| **Owner Address** | 227 GETTYSBURG ST<br>DILLSBURG, PA 17019 | | |

**Printed:** Thursday, October 5, 2023 2:15:04 PM PST