IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>JAMES MICHAEL LITTLE,<br>    Debtor,<br><br>CONSUMER PORTFOLIO SERVICES, INC.<br>    Movant,<br><br>        v.<br><br>JAMES MICHAEL LITTLE, and<br>JACK N ZAHAROPOULOS, Trustee,<br>    Respondents. | Bankruptcy No. 1:23-bk-02273-HWV<br><br>Chapter 13 |

CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on February 26, 2024, I served copies of Movant Consumer Portfolio Services, Inc.'s Objection to Confirmation of the Debtor's First Amended Chapter 13 Plan filed January 9, 2024, upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| James Michael Little<br>120 S Landvale St<br>York Haven, PA 17370-9011 | Michael A. Cibik<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 |

| | |
|---|---|
| Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | *Asst. U.S. Trustee*<br>United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102 |

    By: /s/*Keri P. Ebeck*
    Keri P. Ebeck, Esq.
    PA I.D. # 91298
    kebeck@bernsteinlaw.com
    601 Grant Street, 9th Floor
    Pittsburgh, PA 15219
    Phone - (412) 456-8112
    Fax - (412) 456-8135

*Counsel for Consumer Portfolio Services, Inc.*