Rev. Feb. 22, 2019

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
James Michael Little,

CHAPTER: 13

Debtor(s) | CASE NO.: 1:23-bk-02273-HWV

## NOTICE

The confirmation hearing on the <u>Third</u> Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

   Date: <u>August 14, 2024</u>     Time: <u>09:30 a.m.</u>

   Location: U.S. Courthouse
1501 N. 6th St.
Harrisburg, PA

The deadline for filing objections to confirmation of the Plan is: <u>August 7, 2024</u>.

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: <u>July 3, 2024</u>     Filed by: <u>/s/ Michael A. Cibik</u>

Michael A. Cibik (#23110)
Cibik Law, P.C.
Counsel for Debtor
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com