# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

James Michael Little,

|  |  |
|---|---|
| Chapter: | 13 |
| Case No.: | 1:23-bk-02273-HWV |

Debtor(s)

## NOTICE

The confirmation hearing on the 4th ▾ Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

Date: December 4, 2024          Time: 9:30 AM

Location: Sylvia H. Rambo US Courthouse, 1501 North 6th Street, Bank. Ctrm 8, 4th Fl, Harrisburg, PA 17102 ▾

The deadline for filing objections to confirmation of the Plan is: November 27. 2024          .

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing remotely shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: October 22, 2024          Filed by:          /s/ Michael A. Cibik

                                                  Michael A. Cibik (#23110)

                                                  Cibik Law, P.C., Counsel for Debtor