# United States Bankruptcy Court
## Middle District of Pennsylvania

In re:

    James Michael Little,

             Debtor.

Case No. 1:23-bk-02273-HWV

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Fourth Amended Chapter 13 Plan and notice of confirmation hearing on the following parties by first class mail or through the CM/ECF system:

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Ally Financial, Inc
500 Woodard Ave
Detroit, MI 48226-3416

Consumer Portfolio Services, Inc.
Attn: Bankruptcy
PO Box 57071
Irvine, CA 92619-7071

Fair Collections & Outsourcing
Attn: Bankruptcy Dept 12304
Baltimore A
Beltsville, MD 20705-1314

Freedom Mortgage Corporation
Attn: Bankruptcy
907 Pleasant Valley Ave, Ste 3
Mt Laurel, NJ 08054-1210

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Northeastern York School District
41 Harding St
Manchester, PA 17345-1119

Ocwen Loan Servicing, LLC
1661 Worthington Road Suite 100
West Palm Beach, FL 33409-6493

Pennsylvania Office of Attorney General
Strawberry Square, 15th Floor
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Synchrony Bank/JCPenney
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

U.S. Attorney, Middle District of Pa.
235 N Washington Ave Ste 311
Scranton, PA 18503-1533

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

Walmart Credit Services/Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

York Haven Borough
2 Pennsylvania Ave
York Haven, PA 17370-8917

Jack N. Zaharopoulos
Chapter 13 Trustee
8125 Adams Drive Suite A
Hummelstown, PA 17036-8625

York Haven Sewer Authority
2 N. Front St.
P.O. Box 394
York Haven, PA 17370

Date: October 22, 2024

*/s/ Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com