IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    JAMES MICHAEL LITTLE,<br>        *Debtor*<br><br>YORK HAVEN SEWER AUTHORITY,<br>        *Movant*<br>v.<br><br>JAMES MICHAEL LITTLE<br><br>AND<br><br>JACK N. ZAHAROPOULOS,<br>CHAPTER 13 TRUSTEE,<br>        *Respondents* | Chapter 13<br><br>Case No. 1-23-02273-HWV |

ORDER GRANTING RELIEF FROM
THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(a)

    UPON CONSIDERATION of a review of the within Motion for Relief from the Automatic Stay filed herein, it is

    **HEREBY ORDERED AND DECREED**, that the Automatic Stay arising by virtue of 11 U.S.C §362(a) shall be, and is hereby terminated with respect to York Haven Sewer Authority, in order to permit York Haven Sewer Authority to pursue the filing and execution upon a municipal claim against Debtors' real estate known as 120 S Landvale St, York Haven, Pennsylvania 17370-9011 in the Court of Common Pleas of York County in order to secure sewer fees that are due and owing; and

    **IT IS FURTHER ORDERED** that Movant's request for approval of the payment of counsel fees and expenses in the amount of $1,327.39 is hereby approved.