IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    JAMES MICHAEL LITTLE,<br>                *Debtor*<br><br>YORK HAVEN SEWER AUTHORITY,<br>                *Movant*<br>v.<br><br>JAMES MICHAEL LITTLE<br><br>AND<br><br>JACK N. ZAHAROPOULOS,<br>CHAPTER 13 TRUSTEE,<br>                *Respondents* | Chapter 13<br><br>Case No. 1-23-02273-HWV |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 25, 2024, a true and correct copy of the attached Notice and Motion were served upon the following parties in the following manner:

| Name | Mode of Service |
|---|---|
| Jack N. Zaharopoulos, Esquire<br>Chapter 13 Trustee | Via CM/ECF |
| Michael A. Cibik, Esquire | Via CM/ECF |
| James M. Little<br>120 S Landvale St,<br>York Haven, PA 17370-9011 | Via United States First Class Mail,<br>Postage Prepaid |

I certify under penalty of perjury that the forgoing is true and correct.

Date: 11/25/2024                                          /s/Craig S. Sharnetzka, Esquire
                                                                              Craig S. Sharnetzka, Esquire