IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    JAMES MICHAEL LITTLE,<br>                    *Debtor*<br><br>YORK HAVEN SEWER AUTHORITY,<br>                  *Movant*<br>v.<br><br>JAMES MICHAEL LITTLE<br><br>AND<br><br>JACK N. ZAHAROPOULOS,<br>CHAPTER 13 TRUSTEE,<br>                  *Respondents* | Chapter 13<br><br>Case No. 1-23-02273-HWV |

## CERTIFICATE OF NON-CONCURRENCE

Michael A. Cibik, Esquire, Counsel for Debtors, does not concur with the filing of the Motion for Relief from Automatic Stay.

/s/Craig S. Sharnetzka, Esquire
Craig S. Sharnetzka, Esquire
135 North George Street
York, PA 17401

{02353462/1}