IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    JAMES MICHAEL LITTLE,<br>        *Debtor*<br><br>YORK HAVEN SEWER AUTHORITY,<br>        *Movant*<br>v.<br><br>JAMES MICHAEL LITTLE<br><br>AND<br><br>JACK N. ZAHAROPOULOS,<br>CHAPTER 13 TRUSTEE,<br>        *Respondents* | Chapter 13<br><br>Case No. 1-23-02273-HWV |

**AMENDED NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**UNDER 11 U.S.C. § 362(a)**

York Haven Sewer Authority has filed papers with the Court to obtain Relief from the Automatic Stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant relief from the Automatic Stay, or if you want the Court to consider your views on the Motion, then on or before **December 9, 2024**, you or your attorney must:

File with the court a written request for a hearing (or, if the court requires a written response, an answer, explaining your position) at:

    Clerk of the Bankruptcy Court
    Sylvia H. Rambo U.S. Courthouse
    1501 N. 6th Street
    Harrisburg, PA 17102

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

    Craig S. Sharnetzka, Esquire
    CGA Law Firm
    135 North George Street
    York, Pennsylvania 17401

Attend the hearing scheduled to be held on **January 7, 2025 at 9:30 a.m.** in the Bankruptcy Courtroom, United States Bankruptcy Court, Sylvia H. Rambo U.S. Courthouse, 1501 N. 6th Street, Harrisburg, Pennsylvania 17102. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

Date: 11/25/2024                                                                Craig S. Sharnetzka, Esquire
                                                                                       135 North George Street
                                                                                       York, Pennsylvania 17401