# United States Bankruptcy Court
## Middle District of Pennsylvania

In re:

    James Michael Little,

        Debtor.

Case No. 1-23-02273-HWV

Chapter 13

Related to ECF No. 57

**Debtor's Objection to Motion for Relief from Stay filed by York Haven Sewer Authority**

**AND NOW**, Debtor James Michael Little, by and through his attorney, hereby objects to the Motion for Relief from Stay filed by York Haven Sewer Authority, for the following reason:

1. The Debtor can cure the alleged arrearage through a direct payment.

**NOW, THEREFORE**, the Debtor asks this Court to deny the Motion in the form of order attached and to grant such other and further relief in his favor as may be necessary and proper under the law.

Date: November 26, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Certificate of Service

    I certify that on this date I caused a true and correct copy of the Debtor's Objection to Motion for Relief from Stay filed by York Haven Sewer Authority. to be served on all parties on the clerk's service list through the CM/ECF system.

Date: November 26, 2024

/s/ Michael A. Cibik
Michael A. Cibik

# United States Bankruptcy Court
# Middle District of Pennsylvania

In re:

    James Michael Little,

            Debtor.

Case No. 1-23-02273-HWV

Chapter 13

Related to ECF No. 57

**Order Denying Motion for Relief from Stay filed by York Haven Sewer Authority**

      **AND NOW**, upon consideration of the Motion for Relief from Stay filed by York Haven Sewer Authority, and the Debtor's objection thereto, and after notice and hearing, it is hereby **ORDERED** that the Motion is **DENIED**.

                                    Honorable Henry W. Van Eck
                                    Chief Bankruptcy Judge