Rev. 03/23/21

LOCAL BANKRUPTCY FORM 4001-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (HARRISBURG)

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JAMES MICHAEL LITTLE | : | Case No. 1:23-bk-02273-HWV |
| Debtor | : | |

POST-PETITION PAYMENT HISTORY
NOTE AND MORTGAGE DATED April 18, 2022

Recorded on April 21, 2022, in York County, in Book 2724, at Page 1276.

Property Address:
120 S LANDVALE ST, York Haven, Pennsylvania 17370.

Mortgage Servicer:
Freedom Mortgage Corporation

Post-petition mailing address for Debtor(s) to send payment:
Freedom Mortgage / Attn: Payment Processing
11988 Exit 5 Pkwy., Bldg. 4
Fishers, IN 46037-7939

Mortgagor(s)/Debtor(s):
JAMES MICHAEL LITTLE
Payments are contractually due:

Monthly ☒ Semi-monthly ☐ Bi-weekly ☐ Other _____

Each Monthly Payment is comprised of:

| | |
|---|---|
| Principal and Interest | $898.86 |
| R.E. Taxes | $0.00 |
| Insurance | $0.00 |
| Late Charges | $0.00 |
| Other (Specify: Escrow) | $371.59 |
| **Total** | $1,270.45 |

**POST-PETITION PAYMENTS** (Petition was filed on October 3, 2023)

| Payment amount due | Date payment was due | Date payment was received | Amount received | Check number | How payment was applied (mo./yr.) |
|---|---|---|---|---|---|
| PLEASE SEE PAYMENT HISTORY ATTACHED AS EXHIBIT A | | | | | |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   |   |   |   |   |   |

[Continue on attached sheets if necessary]

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: 14 as of December 10, 2024.

TOTAL AMOUNT OF POST-PETITION ARREARS $15,654.04 as of December 10, 2024.

Dated: December 24th, 2024

Freedom Mortgage Corporation

*/s/ Heather Marie Diaz*

Print Name and Title

Heather Marie Diaz   FCL Specialist III