# EXHIBIT A

| Debtor Name: | JAMES LITTLE | | | | | |
|---|---|---|---|---|---|---|
| BK Case Number: | 23-02273 | | | | | |
| Filing Date: | 10/03/23 | | | | | |
| Post First Due: | 11/01/23 | | | Completed Date: | 12/10/2024 | RMMP POC is $1106.43 |
| Post-Petition Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | Note: No payment received post BK filed |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |
| | | | | $  - | $  - | |