**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)**

| | |
|---|---|
| IN RE:<br>JAMES MICHAEL LITTLE<br>　　　Debtor | Case No. 1:23-bk-02273-HWV |
| | Chapter 13 |
| Freedom Mortgage Corporation,<br><br>　　　Movant | |
| vs.<br>JAMES MICHAEL LITTLE<br>　　　Respondent | 11 U.S.C. §362 |

## CERTIFICATE OF NON-CONCURRENCE

I hereby certify that on December 19, 2024, my office contacted the counsel for Debtor and the Trustee to obtain an agreement as to the attached Motion for Relief being filed on behalf of Freedom Mortgage Corporation.

I request that an answer date be scheduled for the disposition of the above-captioned Motion for Relief.

This December 26, 2024.

　　　　　　　　　　　　　　　　　　_/s/Mario Hanyon_
　　　　　　　　　　　　　　　　　　Andrew Spivack, PA Bar No. 84439
　　　　　　　　　　　　　　　　　　Matthew Fissel, PA Bar No. 314567
　　　　　　　　　　　　　　　　　　Mario Hanyon, PA Bar No. 203993
　　　　　　　　　　　　　　　　　　Ryan Starks, PA Bar No. 330002
　　　　　　　　　　　　　　　　　　Jay Jones, PA Bar No. 86657
　　　　　　　　　　　　　　　　　　Attorney for Creditor
　　　　　　　　　　　　　　　　　　BROCK & SCOTT, PLLC
　　　　　　　　　　　　　　　　　　3825 Forrestgate Drive
　　　　　　　　　　　　　　　　　　Winston Salem, NC 27103
　　　　　　　　　　　　　　　　　　Telephone: (844) 856-6646
　　　　　　　　　　　　　　　　　　Facsimile: (704) 369-0760
　　　　　　　　　　　　　　　　　　E-Mail: PABKR@brockandscott.com