IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | |
|---|---|
| IN RE:<br>JAMES MICHAEL LITTLE<br>    Debtor | Case No. 1:23-bk-02273-HWV |
| Freedom Mortgage Corporation,<br>    Movant | Chapter 13 |
| vs.<br>JAMES MICHAEL LITTLE<br>    Respondent | 11 U.S.C. §362 |

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY WITH RESPECT TO 120 S LANDVALE ST, York Haven, Pennsylvania 17370.**

Upon consideration of Motion for Relief from Automatic Stay, Freedom Mortgage Corporation (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is GRANTED with respect to, 120 S LANDVALE ST, York Haven, Pennsylvania 17370 (hereinafter "the Premises") (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that the Trustee is directed to cease making any further distributions to the Creditor; and it is further

**ORDERED** that Rule 4001(a)(3) is not applicable and Freedom Mortgage Corporation may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.