## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | |
|---|---|
| IN RE:<br>JAMES MICHAEL LITTLE<br>    Debtor | Case No. 1:23-bk-02273-HWV |
| Freedom Mortgage Corporation,<br>    Movant | Chapter 13 |
| vs.<br>JAMES MICHAEL LITTLE<br>    Respondent | 11 U.S.C. §362 |

**NOTICE**

Notice is hereby given that:

A hearing on the above-referenced matter has been scheduled for:

| | |
|---|---|
| United States Bankruptcy Court<br>The Sylvia H. Rambo US Courthouse<br>1501 North 6th Street<br>Bankruptcy Courtroom #8, 4th Floor<br>Harrisburg, PA 17102 | Date: 01/28/2025<br><br>Time: 9:30 am |

Any objection/response to the above-referenced matter must be filed and served on or before 01/09/2025.

If service was properly made and Respondent fails to file an objection/response by the above-specified date, the Court may determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

This is the 26th day of December, 2024.

**Brock and Scott PLLC**

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com