IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>JAMES MICHAEL LITTLE,<br>　　　　*Debtor* | Chapter 13<br><br>Case No. 1:23-bk-02273-HWV |
| YORK HAVEN SEWER AUTHORITY,<br>　　　　*Movant*<br>v.<br><br>JAMES MICHAEL LITTLE<br><br>AND<br><br>JACK N. ZAHAROPOULOS,<br>CHAPTER 13 TRUSTEE,<br>　　　　*Respondents* | |

## ORDER

Upon consideration of the Amended Motion for Relief from the Automatic Stay filed by the Movant, Doc. 57, and the hearing held on January 7, 2025, for the reasons stated on the record, it is

**ORDERED** that the Automatic Stay arising by virtue of 11 U.S.C §362(a) is terminated with respect to York Haven Sewer Authority, in order to permit York Haven Sewer Authority to pursue the filing and execution upon a municipal claim against Debtors' real estate known as 120 S Landvale St, York Haven, Pennsylvania 17370-9011 in the Court of Common Pleas of York County in order to secure sewer fees that are due and owing.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 8, 2025