IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | |
|---|---|
| IN RE:<br>JAMES MICHAEL LITTLE<br>Debtor | Case No. 1:23-bk-02273-HWV<br><br>Chapter 13 |
| Freedom Mortgage Corporation,<br>Movant<br><br>vs.<br>JAMES MICHAEL LITTLE<br>Respondent | <br><br>11 U.S.C. §362 |

### ORDER

Upon consideration of the Motion for Relief from Automatic Stay submitted by Freedom Mortgage Corporation (Movant), Doc. 65, and no response having been filed, it is

**ORDERED** that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law. It is further

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is **GRANTED** with respect to, 120 S LANDVALE ST, York Haven, Pennsylvania 17370 (hereinafter "the Premises") (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage. It is further

**ORDERED** that the Trustee is directed to cease making any further distributions to the Creditor. It is further

**ORDERED** that Federal Rule of Bankruptcy Procedure 3002.1 is no longer applicable to Movant, its successors or assignees.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 13, 2025