United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-02273-HWV
James Michael Little  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Jun 26, 2025     Form ID: ordsmiss     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | James Michael Little, 120 S Landvale St, York Haven, PA 17370-9011 |
| cr | + | York Haven Sewer Authority, P.O. Box 394, York Haven, PA 17370-0394 |
| 5570253 | | Northeastern York School District, 41 Harding St, Manchester, PA 17345-1119 |
| 5570259 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5570263 | | York Haven Borough, 2 Pennsylvania Ave, York Haven, PA 17370-8917 |
| 5596315 | + | York Haven Sewer Authority, 2 N. Front St., P.O. Box 394, York Haven, PA 17370-0394 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Jun 26 2025 18:46:00 | Consumer Portfolio Services, Inc. Consumer Portfol, C/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 26 2025 18:46:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | + | EDI: PRA.COM | Jun 26 2025 22:40:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 5570248 | + | EDI: GMACFS.COM | Jun 26 2025 22:40:00 | Ally Financial, Inc, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 5570249 | + | Email/Text: bankruptcy@consumerportfolio.com | Jun 26 2025 18:46:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, PO Box 57071, Irvine, CA 92619-7071 |
| 5570250 | + | Email/Text: bankruptcy@fco.com | Jun 26 2025 18:46:00 | Fair Collections & Outsourcing, Attn: Bankruptcy Dept 12304 Baltimore A, Beltsville, MD 20705-1314 |
| 5570251 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 26 2025 18:46:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 5581842 | | Email/Text: Bankruptcy@Freedommortgage.com | Jun 26 2025 18:46:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 5570252 | | EDI: IRS.COM | Jun 26 2025 22:40:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5570254 | + | EDI: LCIPHHMRGT | Jun 26 2025 22:40:00 | Ocwen Loan Servicing, LLC, 1661 Worthington Road Suite 100, West Palm Beach, FL 33409-6493 |
| 5570255 | | Email/Text: fesbank@attorneygeneral.gov | Jun 26 2025 18:46:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5609384 | | EDI: PRA.COM | Jun 26 2025 22:40:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5609385 | | EDI: PRA.COM | Jun 26 2025 22:40:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5570256 | | EDI: PENNDEPTREV | Jun 26 2025 22:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5570257 | ^ | MEBN | Jun 26 2025 18:43:39 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5570258 | + | EDI: SYNC | Jun 26 2025 22:40:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5570260 | ^ | MEBN | Jun 26 2025 18:42:52 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 5581227 | | EDI: AIS.COM | Jun 26 2025 22:40:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5570261 | | EDI: VERIZONCOMB.COM | Jun 26 2025 22:40:00 | Verizon, Po Box 15124, Albany, NY 12212-5124 |
| 5570262 | | EDI: CAPITALONE.COM | Jun 26 2025 22:40:00 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew L Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Craig S. Sharnetzka | on behalf of Creditor York Haven Sewer Authority csharnetzka@cgalaw.com rminello@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com;ephillips@cgalaw.com;rshearer@cgalaw.com;jhall@cgalaw.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Keri P Ebeck | on behalf of Creditor Consumer Portfolio Services  Inc. Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Michael A. Cibik
    on behalf of Debtor 1 James Michael Little help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| James Michael Little,<br>**Debtor 1** | Chapter 13<br><br>Case No. 1:23−bk−02273−HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: June 26, 2025

ordsmiss (05/18)